# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PATRICK IRELAND,

Plaintiff,

v.

LITHIA MOTORS, INC., et al.

Defendants.

Case No. 1:25-cv-01343-KES-EGC

**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**

(Doc. 16)

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 16), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the March 19, 2026 Scheduling Order, (Doc. 13), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | 12/4/2026 | 6/4/2027 |
| Disclosure of Experts | 1/26/2027 | 7/26/2027 |
| Disclosure of Rebuttal Experts | 2/26/2027 | 8/26/2027 |
| Expert Discovery Deadline | 4/14/2027 | 10/14/2027 |
| Non-Dispositive Motions (filing deadline) | 4/28/2027 | 10/27/2027 |
| Non-Dispositive Motions (hearing deadline) | 6/2/2027 | 12/1/2027 |
| Dispositive Motions (filing deadline) | 5/12/2027 | 11/12/2027 |
| Dispositive Motions (hearing deadline) | 6/21/2027 | 1/3/2028 |
| Pretrial Conference | 11/12/2027 | 4/24/2028 |
| Trial | 12/7/2027 | 6/20/2028 |

[1] The Court has *sua sponte* continued the dates for the non-dispositive motion and dispositive motion filings, as they must be set after the close of discovery. The pre-trial and trial dates remain as set. If the parties are requesting a settlement conference, they should jointly contact the Court with three or our proposed dates before May 10, 2027.

IT IS SO ORDERED.

Dated: **November 18, 2026**

UNITED STATES MAGISTRATE JUDGE